IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER WOOD,

Plaintiff,

v.                                                          Case No. 15-cv-928 JPG/DGW

RICHARD WATSON, *et al.*,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.


**Dated: September 19, 2016**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                       *s/Tina Gray*
                                       **Deputy Clerk**



**Approved:**     *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**